IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

| | | |
|---|---|---|
| J.B. HUNT TRANSPORT, INC., | ) | 05 AUG -8 AM 9:53 |
| | ) | |
| Plaintiff, | ) | Case No. 2:05CV2464 D/V |
| v. | ) | THOMAS M. GOULD |
| | ) | CLERK, U.S. DISTRICT COURT |
| HART'S MANUFACTURING | ) | W/D OF TN, MEMPHIS |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on August 8, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Hart's Manufacturing Company pursuant to FRCP 55(a).

On June 29, 2005, this Court filed the summons issued to Hart's Manufacturing Company. Plaintiff has filed affidavit of service. Defendant had twenty days within which to answer or otherwise plead.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 8th day of August 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02464 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Harold F. Smith
LAW OFFICES OF HAROLD F. SMITH, JR.
1779 Kirby Pkwy.
Ste. #1-318
Memphis, TN 38138

John T. Husk
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182

Honorable Bernice Donald
US DISTRICT COURT